# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYLINDA CRIDDELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIER HEALTHCARE SERVICES, LLC,<br><br>Defendant. | Case No. 2:16-cv-05842-R-KS<br>Hon. Manuel L. Real<br><br>**FINAL JUDGMENT** |

On August 7, 2017 (Doc. 58), this Court preliminarily approved the proposed Fair Credit Reporting Act class action judgment in this matter, approved the proposed form of Class Notice, and ordered that Class Notice be issued. On December 4, 2017, the Court granted final approval to the Fair Credit Reporting Act class action judgment (Doc. 62).

Following the dissemination of the Class Notice, Class Members were given an opportunity to request exclusion from the Fair Credit Reporting Act class action judgment, and/or comment or object to the Fair Credit Reporting Act class action judgment. No class member filed a written objection to the Fair Credit Reporting Act class action judgment, and only three Class Members opted-out of the Fair Credit Reporting Act class action judgment.

A final fairness hearing was held on December 4, 2017, at which time all interested persons were given a full opportunity to state any objections to the Fair Credit Reporting Act class action judgment. Having read and fully considered the terms of the Fair Credit Reporting Act class action judgment, and all submissions made in connection with it, the Court finds that the Fair Credit Reporting Act class action judgment should be finally approved, as the strength of plaintiffs' case, the risk, expense, complexity, and likely duration of further litigation, the risk of maintaining class action status throughout the trial, the amount offered in settlement, the extent of discovery completed, the stage of the proceedings, the experience and views of counsel, and the reaction of the Class Members to the proposed Fair Credit Reporting Act class action judgment all weigh in favor of approval.

Upon consideration of Plaintiff's Unopposed Motion to Grant Final Approval and Enter Judgment on Behalf of the Fair Credit Reporting Act Class and to Award Attorneys' Fees and Costs to Class Counsel (Doc. 59), and the arguments, pleadings,

and evidence presented, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

1. The Court grants Plaintiff's Unopposed Motion to Grant Final Approval and Enter Judgment on Behalf of the Fair Credit Reporting Act Class and to Award Attorneys' Fees and Costs to Class Counsel (Doc. 59);

2. The Court approves the terms of the Fair Credit Reporting Act class action judgment as fair, just, equitable, reasonable, adequate and in the best interests of the Class Members, and directs consummation of all its terms and provisions;

3. The Fair Credit Reporting Act class action judgment shall be binding on Defendant Premier Healthcare Services, LLC, Plaintiff Mylinda Criddell, and all Class Members who have not opted-out;

4. The Court enters final judgment in favor of Plaintiff Mylinda Criddell and the Fair Credit Reporting Act class members and against Defendant Premier Healthcare Services, LLC in the amount of $247,854.00;

5. The Court has reviewed the arbitration award of attorneys' fees and costs issued October 27, 2017 by Hon. Rosalyn Chapman (Ret.) of JAMS and adopts and enters the award as part of this Final Judgment;

6. As such, the Court orders and adjudges that Defendant Premier Healthcare Services, LLC shall pay Class Counsel (Stueve Siegel Hanson LLP and Weinhaus & Potashnick) attorneys' fees in the amount of $306,158.00 and litigation costs and expenses in the amount of $26,625.90;

7. The Court orders that within thirty (30) days of the date of entry of this Final Judgment, Defendant Premier Healthcare Services, LLC shall transfer the Fair Credit Reporting Act judgment funds to third party claims administrator Dahl Administration. Dahl Administration shall issue the funds to class members within thirty (30) days of receipt of the judgment funds;

8. The Court orders that within thirty (30) days of the date of entry of this Final Judgment, Defendant Premier Healthcare Services, LLC shall transfer the sums awarded to Class Counsel as attorneys' fees and costs to Stueve Siegel Hanson LLP for distribution between the Class Counsel firms;

9. The Court dismisses this matter with prejudice; and

10. This document shall constitute a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: January 16, 2018

---
Honorable Manuel L. Real
United States District Judge